UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

                                     :          UNDER SEAL

          - v. -                     :
                                                __ Cr. __
MICHAEL MACIOCIO,                    :

                                     :

          Defendant.                 **16 CRIM 351**

- - - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title

18, United States Code, Sections 371, 1349 and 2; Title 15, United

States Code, Sections 78j(b) & 78ff; and Title 17, Code of Federal

Regulations, Section 240.10b-5, being advised of the nature of the

charge and of his rights, hereby waives, in open Court, prosecution

by indictment and consents that the proceeding may be by information

instead of by indictment.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/16
```

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
      May 20, 2016

0202